

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00216-CV

IN RE JOSEPH KING                                                        RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for habeas corpus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus is denied.

BILL MEIER
JUSTICE

PANEL: WALKER, MCCOY, and MEIER, JJ.

WALKER, J., would request response.

DELIVERED: July 5, 2011

---

[1]See Tex. R. App. P. 47.4, 52.8(d).